UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TYLER BOOTH, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>JEAN ANN JOHNSON, )<br>)<br>Respondent. ) | Case No. 4:08CV00758 DJS |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's motion to proceed in forma pauperis. Upon review of the financial affidavit, the Court has determined that petitioner is unable to pay the filing fee. See 28 U.S.C. § 1915. Consequently, the Court will grant the motion.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion to proceed in forma pauperis [#5] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall issue process or cause process to issue on the petition.

Dated this   9th   day of July, 2008.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE