UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TYLER BOOTH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. 4:08CV758-DJS |
| ) | |
| JEAN ANN JOHNSON, ) | |
| ) | |
| Respondent. ) | |

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the Magistrate Judge's report and recommendation [Doc. #14] is accepted and adopted.

Dated this __30th__ day of March, 2009.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE